UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jonathan Martinez, | Case No.: 2:26-cv-01858-GMN-NJK |
| Plaintiff, | |
| v. | **ORDER** |
| Bryan Williams, | (Docket No. 1) |
| Defendant. | |

On June 18, 2026, *pro se* plaintiff Jonathan Martinez, an inmate in the custody of the Nevada Department of Corrections, submitted an application to proceed *in forma pauperis*. Docket No. 1. Plaintiff did not, however, file a complaint.

"A civil action is commenced by filing a complaint with the court." Fed.R.Civ.P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." LSR 2-1. Further, the complaint must be signed personally by the unrepresented party. Fed.R.Civ.P. 11(a).

Accordingly, for the reasons stated above,

IT IS ORDERED that, no later than **July 22, 2026**, Plaintiff must submit a signed complaint detailing the allegations of any potential claims to this Court.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complaint.

. . . .

. . . .

. . . .

The Clerk of the Court is **INSTRUCTED** to send Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint with instructions.

IT IS SO ORDERED.

DATED:  June 22, 2206

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE